UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:12-00196 |
| | ) |
| ABDULLAHI FARAH | ) 18 U.S.C. § 401(1) |
| a/k/a Grey Goose | ) 18 U.S.C. § 401(3) |
| | ) 18 U.S.C. § 1591(d) |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES:

On or about September 12, 2012, in the Middle District of Tennessee, **ABDULLAHI FARAH a/k/a Grey Goose**, did willfully and knowingly misbehave in the presence of the Honorable Todd J. Campbell, United States District Judge, Middle District of Tennessee, or so near thereto as to obstruct the administration of justice, in the case of United States v. Abdullahi Farah Case Number 3:12-00085 and United States v. Adan et al. Case Number 3:10-00260 by refusing to testify in the deposition held September 12, 2012, the case of United States v. Abdullahi Farah Case Number 3:12-00085 and United States v. Adan et al. Case Number 3:10-00260 .

In Violation of Title 18, United States Code, Section 401(1).

1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about the September 12, 2012, in the Middle District of Tennessee, **ABDULLAHI FARAH a/k/a Grey Goose**, did willfully and knowingly disobey and resist a lawful order, decree, or command of a Court of the United States, that is, the order, decree, or command issued by the Honorable Todd J. Campbell, United States District Judge on August 23, 2012, in the Middle District of Tennessee in the case of United States v. Abdullahi Farah Case Number 3:12-00085 and United States v. Adan et al. Case Number 3:10-00260 by refusing to testify in the deposition held September 12, 2012, the case of United States v. Abdullahi Farah Case Number 3:12-00085 and United States v. Adan et al. Case Number 3:10-00260.

In violation of Title 18, United States Code, Section 401(3).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about September 12, 2012, in the Middle District of Tennessee and elsewhere, **ABDULLAHI FARAH a/k/a Grey Goose**, knowingly did attempt to obstruct, and in any way interfere with and prevent the enforcement of Title 18, United States Code, Section 1591(a).

In Violation of Title 18, United States Code, Section 1591(d) and Title 18, United States Code, Section 2.

A TRUE BILL:



FOREPERSON

_____
JERRY E. MARTIN
UNITED STATES ATTORNEY

_____
VAN S. VINCENT
ASSISTANT UNITED STATES ATTORNEY