TUVQJÞÁÕÜŒÞVÒÖ
Kevin H. Sharp

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | No. 3:12-cr-00196 |
| | ) | **JUDGE SHARP** |
| **ABDULLAHI FARAH.** | ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, through counsel, pursuant to Rules 29 and 45 of the Federal Rules of Criminal Procedure and requests this court grant an extension of time to file his renewed Motion for Judgment of Acquittal. As grounds therefore, he asserts the following:

1. On April 16, 2013, the Defendant moved for Judgment of Acquittal after the close of the Government's case. This motion was denied.

2. On April 17, 2013, the jury returned a verdict of guilty on all three counts of the indictment.

3. On April 17, 2013, after the jury returned its verdict, defense counsel orally renewed his Motion for Judgment of Acquittal. The Court directed defense counsel to submit his motion in writing.

4. Rule 29(c) allows 14 days from a guilty verdict for the filing of a Motion for Judgment of Acquittal.