PROB 12A
(Revised 05/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Abdullahi Farah</u>　　　　　Case Number: <u>3:12-00196</u>

Name of Judicial Officer: <u>Honorable Kevin H. Sharp, U.S. District Judge</u>

Date of Original Sentence: <u>July 29, 2013</u>

Original Offense: <u>18 U.S.C. § 401(3) Criminal Contempt and 18 U.S.C. §§ 1591(d) Knowingly Attempting to Obstruct or Prevent the Enforcement of 18 U.S.C. §§ 1591(a) and (d)</u>

Original Sentence: <u>15 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>　　　　Date Supervision Commenced: <u>February 3, 2014</u>

Assistant U.S. Attorney: <u>Van Vincent</u>　　　　　Defense Attorney: <u>James E. Mackler</u>

---

The Court orders:

☑ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this /0th day of March, 2014,
and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

_____
Kevin H. Sharp
U.S. District Judge

Place　　<u>Nashville</u>

Date　　<u>March 7, 2014</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| <u>1.</u> | **<u>The defendant shall refrain from any unlawful use of a controlled substance.</u>** On February 5, 2014, Mr. Farah tested positive for marijuana and his urine sample was confirmed positive by the testing laboratory. |

When questioned by the probation officer, Mr. Farah admitted to smoking a marijuana joint on February 1, 2014, stating he did so while in the custody of the U.S. Immigration and Customs Enforcement Agency. He reported he made a "mistake" and it would not happen again.

### Compliance with Supervision Conditions and Prior Interventions:
Abdullahi Farah is unemployed and lives with his aunt in Nashville, Tennessee. Mr. Farah began his term of supervised release on February 3, 2014, and his supervision is due to terminate on November 7, 2018. Policy dictates that he receive credit towards his supervised release, beginning the date he was released from the Bureau of Prisons custody to the U.S. Immigration and Customs Enforcement Agency, on November 8, 2013.

Following his positive drug test for marijuana, Mr. Farah was given a verbal reprimand and re-instructed to not use any illegal substances. He was immediately referred to Centerstone Mental Health for a substance abuse assessment. Mr. Farah was unable to participate in his substance abuse assessment on February 27, 2014, due to transportation issues. The probation officer rescheduled his assessment for March 7, 2014. Mr. Farah has been drug tested on two different occasions since his positive drug test on February 5, 2014, and those results were negative.

### U.S. Probation Officer Recommendation:
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Farah remain on supervised release, participate in a substance abuse assessment and/or treatment, and not incur any future violations. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: *[signature]*  
Deborah Lochmaier  
Supervisory U.S. Probation Officer