UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00196** |
| | ) | **JUDGE SHARP** |
| **ABDULLAHI FARAH** | ) | |

**O R D E R**

The Defendant, **Abdullahi Farah**, shall appear before the Court on **Thursday, September 4, 2014, at 1:30 p.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE