**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00196** |
| | ) | **JUDGE SHARP** |
| **ABDULLAHI FARAH** | ) | |

# O R D E R

Due to a calendar conflict, the hearing scheduled for November 21, 2014, is hereby

rescheduled for Friday, December 12, 2014, at 10:30 a.m.

IT IS SO ORDERED.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE