UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00196 |
| ) | JUDGE SHARP |
| ABDULLAHI FARAH ) | |

### O R D E R

The revocation hearing set for April 3, 2015, is hereby reset for Thursday, April 2, 2015, at 1:30 p.m.

IT IS SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE